UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A.,<br><br>Plaintiff,<br><br>v.<br><br>BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, and JOHN DOES 1–4,<br><br>Defendants. | Civil Action No.<br><br>Electronically Filed<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF SPENCER SAVINGS BANK, S.L.A.** |

Consistent with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Spencer Savings Bank, S.L.A., by and through its undersigned counsel, certifies that it is a New Jersey chartered mutual savings and loan association, has no parent, and no publicly traded corporation owns 10% or more of its stock.

Dated: May 6, 2025

/s/ *Joseph N. Froehlich*
Joseph N. Froehlich
**TROUTMAN PEPPER LOCKE LLP**
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609
(919) 578-6337
joseph.froehlich@troutman.com