**KAUFMAN DOLOWICH LLP**
Iram P. Valentin, Esq. (Attorney No. 01022-2002)
Kaitlin R. Principato, Esq. (Attorney No. 43434-2023)
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Telephone: (201) 488-6655
ivalentin@kaufmandolowich.com
kaitlin.principato@kaufmandolowich.com
*Attorneys for Defendant, BNK Invest, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, and JOHN DOES 1–4<br><br>　　　　Defendants. | <u>**Civil Action**</u><br><br>Docket No. 2:25-cv-03877-MEF-JRA<br><br>**CERTIFICATION OF COUNSEL** |

I, Kaitlin R. Principato, Esq., hereby certify as follows:

　　1.　　I am an attorney-at-law admitted to practice in the State of New Jersey, and an attorney at the law firm of Kaufman, Dolowich LLP, attorneys for BNK Invest, Inc. (hereinafter "BNK Invest") in the above captioned matter.

　　2.　　I make this certification on personal knowledge in support of BNK Invest's Motion to Dismiss Plaintiff's Complaint.

　　3.　　Attached hereto as "Exhibit A" is Plaintiff's Complaint, filed on May 6, 2025.

4. Attached hereto as "Exhibit B" is a true and correct copy of the unpublished decision in *In re Crude Oil Commodity Litigation*, 2007 WL 1946553 (S.D.N.Y.).

5. Attached hereto as "Exhibit C" is a true and correct copy of the unpublished decision in *Rafter v. Bank of America, 2009 WL 691929 (S.D.N.Y.)*.

6. Attached hereto as "Exhibit D" is a true and correct copy of the unpublished decision in *Ramey v. Darkside Prods., Inc.*, 2004 WL 5550485 (D.D.C. May 17, 2004).

7. Attached hereto as "Exhibit E" is a true and correct copy of the unpublished decision in *Teti v. Towamencin Township,* No. Civ. A. 96-CV-,2001 WL 1168102 (E.D. Pa. Aug. 17, 2001).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Kaufman Dolowich LLP**
*Attorneys for Defendant, BNK Invest, Inc*

*/s/ Kaitlin R. Principato*
_____
Kaitlin R. Principato, Esq.

Dated: June 23, 2025
Hackensack, New Jersey