**KAUFMAN DOLOWICH LLP**
Iram P. Valentin, Esq. (Attorney No. 01022-2002)
Kaitlin R. Principato, Esq. (Attorney No. 43434-2023)
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Telephone: (201) 488-6655
ivalentin@kaufmandolowich.com
kaitlin.principato@kaufmandolowich.com
*Attorneys for Defendant, BNK Invest, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, and JOHN DOES 1–4<br><br>　　　　Defendants. | <u>Civil Action</u><br><br>Docket No. 2:25-cv-03877-MEF-JRA<br><br>**ORDER** |

**THIS MATTER**, having been brought before the Court by Kaufman Dolowich LLP, attorneys Defendant, BNK Invest Inc. (hereinafter "BNK Invest") for an order dismissing this action pursuant to F.R.C.P. 12(b)(6), and the Court having considered all of the papers submitted, and having heard the oral argument of counsel, if any, it is on this _____ day of _____, 2025, hereby:

**ORDERED** that Plaintiff's Complaint as against BNK Invest is hereby DISMISSED WITH PREJUDICE; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all parties within seven (7) days of its electronic filing.

_____
The Honorable Michael E. Farbiarz, U.S.D.J.

( ) Opposed

( ) Unopposed