**KAUFMAN DOLOWICH LLP**
Iram P. Valentin, Esq. (Attorney No. 01022-2002)
Kaitlin R. Principato, Esq. (Attorney No. 43434-2023)
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Telephone: (201) 488-6655
ivalentin@kaufmandolowich.com
kaitlin.principato@kaufmandolowich.com
*Attorneys for Defendant, BNK Invest, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A., <br><br> Plaintiff, <br><br> v. <br><br> BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, and JOHN DOES 1–4 <br><br> Defendants. | <u>Civil Action</u> <br><br> Docket No. 2:25-cv-03877-MEF-JRA <br><br> **CERTIFICATION OF SERVICE** |

I hereby certify that on or about June 23, 2025, I caused to be served a true and correct copy of Defendant, BNK Invest, Inc.'s Motion to Dismiss Plaintiff's Complaint upon all parties, through ECF.

                                                              **Kaufman Dolowich LLP**
                                                              *Attorneys for Defendant, BNK Invest, Inc*

                                                              */s/ Kaitlin R. Principato*
Dated: June 23, 2025                                         Kaitlin R. Principato, Esq.
      Hackensack, New Jersey