**Troutman Pepper Locke LLP**
Joseph N. Froehlich
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609
(919) 578-6337
*Attorneys for Plaintiff Spencer Savings Bank, S.L.A.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A., <br><br>  Plaintiff, <br><br> v. <br><br> BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, BONNIE S. GRAYSON, and CHAYA M. EISENBACH, <br><br>  Defendants. | Civil Action No. 2:25-CV-3877-MEF-JRA <br><br> Electronically Filed |

### NOTICE OF VOLUNTARY DISMISSAL OF CHAYA M. EISENBACH
### <u>WITHOUT PREJUDICE</u>

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Spencer Savings Bank, S.L.A., hereby voluntarily dismisses all claims against Defendant Chaya M. Eisenbach without prejudice. Defendant Eisenbach has not answered the Amended Complaint, ECF No. 60, or moved for summary judgment.

1

Dated: August 4, 2025

TROUTMAN PEPPER LOCKE LLP

*/s/ Joseph N. Froehlich*
Joseph N. Froehlich
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609
(919) 578-6337
joseph.froehlich@troutman.com

OF COUNSEL:

Stephen J. Obermeier (*pro hac vice*)
Frank Scaduto (*pro hac vice*)
Corey J. Hauser (*pro hac vice*)
Isaac J. Wyant (*pro hac vice*)
**Wiley Rein LLP**
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
sobermeier@wiley.law
fscaduto@wiley.law
chauser@wiley.law
iwyant@wiley.law

*Attorneys for Plaintiff Spencer Savings Bank, S.L.A.*

**SO ORDERED**.

Michael E. Farbiarz, U.S.D.J.
Date: 8/6/2025

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all Counsel of Record.

                                        */s/ Joseph N. Froehlich*
                                        Joseph N. Froehlich
                                        TROUTMAN PEPPER LOCKE LLP