UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A., <br><br> Plaintiff, <br><br> v. <br><br> BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, BONNIE S. GRAYSON, and CHAYA M. EISENBACH, <br><br> Defendants. | <u>Civil Action</u> <br><br> Docket No. 2:25-cv-03877-MEF-JRA <br><br> Oral Argument Requested <br><br> NOTICE OF MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11 |

**PLEASE TAKE NOTICE** that, on October 6, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Mark. A. Goldstein ("Mr. Goldstein") in the above captioned matter will move before the United States District Court for the District of New Jersey, for an order granting Mr. Goldstein's Motion for Rule 11 Sanctions against plaintiff Spencer Savings Bank, S.L.A. (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Mr. Goldstein shall rely on the attached memorandum of law in support of this Motion, his Motion to Dismiss Plaintiff's Amended Complaint dated August 4, 2025 (Doc. No. 71), and documents filed in support of his Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is enclosed.

1

**PLEASE TAKE FURTHER NOTICE** that Mr. Goldstein hereby requests oral argument.

Dated: New York, New York.
       August 26, 2025

Respectfully submitted,

By: /s/ *Jessica Greer Griffith*
    Jessica Greer Griffith (NJ Bar No. 126432014)
    Todd Harrison (admitted *pro hac vice*)
    Kenton Atta-Krah (admitted *pro hac vice*)
    MCDERMOTT WILL & SCHULTE LLP
    One Vanderbilt Avenue
    New York, New York 10017-3852
    Telephone: +1 212 547 5400
    Facsimile: +1 212 547 5444
    ggriffith@mwe.com
    tharrison@mwe.com
    katta-krah@mwe.com

*Attorneys for Defendant Mark A. Goldstein*