UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A., <br><br>    Plaintiff, <br><br>  - against - <br><br> BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, BONNIE S. GRAYSON and CHAYA M. EISENBACH, <br><br>    Defendants. | 2:25-CV-03877-MEF-JRA <br><br> CERTIFICATION OF JESSICA GREER GRIFFITH IN SUPPORT OF MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11. |

I, Jessica Greer Griffith, of full age, hereby certify as follows:

1. I am an attorney admitted to practice law in the States of New Jersey, New York and Pennsylvania. I am a partner of the law firm McDermott Will & Schulte LLP, counsel for Defendant Mark A. Goldstein ("Mr. Goldstein" or "Defendant"), in connection with this action. I submit this certification in support of Mr. Goldstein's *Motion for Sanctions Under Federal Rule of Civil Procedure 11* filed concurrently herewith.

2. I make this Certification to place before the Court the relevant documents generated during the course of the litigation. I am authorized by Mr. Goldstein to make this Certification.

3. Attached hereto as "Exhibit A" is a true and complete copy of the email, dated August 4, 2025, from Defendant's Counsel, Kenton Atta-Krah ("Mr. Atta-Krah"), to Frank Scaduto ("Mr. Scaduto") and Joseph Froehlich (together, "Plaintiff's Counsel"), providing notice

1

of Mr. Goldstein's intent to move for sanctions under Fed. R. Civ. P. 11 (the "Second Rule 11 Letter").

4. Attached hereto as "Exhibit B" is a true and complete copy of the email, dated June 27, 2025, from Defendant's Counsel, Todd Harrison ("Mr. Harrison"), to Mr. Scaduto, and Mr. Scaduto's email response, dated June 30, 2025.

5. Attached here to as "Exhibit C" is a true and complete copy of the email dated July 16, 2025 from Mr. Atta-Krah to Plaintiff's Counsel, providing notice of Mr. Goldstein's intent to move for sanctions under Fed. R. Civ. P. 11 (the "First Rule 11 Letter").

6. Attached hereto as "Exhibit D" is a true and complete copy of the email dated July 16, 2025 from Mr. Scaduto to Mr. Atta-Krah advising that Plaintiff's Counsel would respond to the First Rule 11 Letter after Plaintiff filed its Amended Complaint.

7. Attached hereto as "Exhibit E" is the email and letter, dated July 21, 2025, from Mr. Scaduto, responding to the First Rule 11 Letter.

8. Attached hereto as "Exhibit F" is a true and complete copy of the Order with Restraints, dated December 12, 2021 from *Vasta v. Spencer Sav. Bank, SLA et al.*, No. PAS-C-1-21 (N.J. Super. Ct. Ch. Div. (Nov. 10, 2021)).

9. Attached hereto as "Exhibit G" is a true and complete copy of the Appellate Opinion *Seidman v. Spencer Savings Bank et al.,* Nos. A-2039-17T3, A-4739-17T4 (App. Div. Oct. 3, 2019).

10. Attached hereto as "Exhibit H" is a true and complete copy of the unpublished decision *Grant v. Turner*, No. 09-2381 GEB, 2010 WL 4004719 (D.N.J. Oct. 12, 2010).

11. Attached hereto as "Exhibit I" is a true and complete copy of the unpublished decision *Est. of Hennis v. Balicki*, No. CV 16-3858 (JBS-KMW), 2018 WL 1558142 (D.N.J. Mar. 29, 2018).

12. Attached hereto as "Exhibit J" is a true and complete copy of the email, dated August 26, 2025, from Mr. Atta-Krah to Plaintiff's Counsel giving final notice of Mr. Goldstein's intent to move for sanctions.

I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: New York, New York.
August 26, 2025

Respectfully Submitted,

*Jessica Greer Griffith*
_____
Jessica Greer Griffith (NJ Bar No. 126432014)
Todd Harrison (admitted *pro hac vice*)
Kenton Atta-Krah (admitted *pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: +1 212 547 5400
Facsimile: +1 212 547 5444
Email: ggriffith@mwe.com
Email: tharrison@mwe.com
Email: katta-krah@mwe.com

*Attorneys for Defendant Mark A. Goldstein*