# EXHIBIT B

| From: | Scaduto, Frank <FScaduto@wiley.law> |
|---|---|
| Sent: | Monday, June 30, 2025 3:38 PM |
| To: | Harrison, Todd |
| Cc: | Obermeier, Stephen; Wyant, Isaac; Atta-Krah, Kenton |
| Subject: | RE: Mark Goldstein |

You don't often get email from fscaduto@wiley.law. Learn why this is important

[ External Email ]

Todd,

Your email is inaccurate and unproductive. We have extended every courtesy possible to Mr. Goldstein and operated in good faith throughout.

Shortly after Mr. Goldstein was served on May 7, we extended—and his counsel, Lou LaRocca, accepted—an extension until June 30, similar to most other defendants in this case. During my initial conversations with Mr. LaRocca in early May, he said Mr. Goldstein was in the process of securing additional litigation counsel who planned to move to dismiss. On May 29, Mr. LaRocca informed me that you had been retained for that purpose. On June 3, you then asked to speak with me, which we did on June 5. During that conversation, I noted that if you thought a further extension might be necessary, we would need to know sooner rather than later to be able evaluate its feasibility in light of wanting to keep all defendants on the same track. I did not hear from you again until June 23, when you asked to have a "408 conversation." We then spoke on June 24, at which point you asked for an additional extension for the first time, and less than a week before the June 30 deadline. I promptly got back to you after the call to let you know why my client could not agree to the additional extension.

As for your concerns about the merits of our allegations against Mr. Goldstein, we respectfully disagree. I have explained the good-faith factual and legal basis to both you and Mr. LaRocca. We look forward to litigating the issues on a motion to dismiss. But your Rule 11 threat is baseless and improper, and any such motion filed at this point would subject Mr. Goldstein and/or his attorneys to sanctions. *See, e.g.*, *Lee v. Grand Sichuan Eastern*, 2014 WL 199512, at *1 (S.D.N.Y. Jan. 17, 2014).

On the settlement front, our position has been the same throughout, as reflected in the May 29 written offer at the bottom of this chain. We do not share the concerns you raised for the first time in your email, and we are open to any reasonable counterproposals.

I remain available to work cooperatively on settlement or otherwise.

Best,

Frank

 Frank Scaduto
Attorney at Law
fscaduto@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.3479
Download V-Card | wiley.law

From: Harrison, Todd <Tdharrison@mwe.com>
Sent: Friday, June 27, 2025 5:16 PM
To: Scaduto, Frank <FScaduto@wiley.law>

1

**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Wyant, Isaac <IWyant@wiley.law>; Atta-Krah, Kenton <katta-krah@mwe.com>
**Subject:** Mark Goldstein

**External Email**

---

Frank,

I was disappointed by the contents of your message. It doesn't seem that your client is serious about negotiating in good faith to resolve this matter.

First, your refusal to extend the professional courtesy of a short extension comes as a surprise and is noted. This dispute has apparently been going on for many years between Mr. Seidman and Spencer. We have only recently been engaged. Under these circumstances and in the context of this years-long dispute, it is hard to see how you are prejudiced by the requested extension.

Second, as I expressed when we spoke on Tuesday earlier this week, we maintain that Spencer has no business dragging Mr. Goldstein into this dispute and it is farcical to claim otherwise. Mr. Goldstein has done nothing wrong, as the complete lack of evidence and lack of even any substantive allegations against him in your complaint demonstrates. It is clear that my client is being unnecessarily and baselessly dragged into this endless conflict as a potential pawn in your game. Yet, despite the complete lack of evidence, you persist with the defamatory and significant accusation that he is involved in a RICO conspiracy. This is completely improper, as we discussed in our last telephone conference. We therefore reiterate our demand that you dismiss Mr. Goldstein from this matter immediately with prejudice. If you do not indicate to us by 5 pm on Monday, June 30 that you will dismiss this matter, we will file our motion to dismiss and also seek sanctions from the Court. Consider this your warning pursuant to Rule 11.

Finally, and equally troublingly, I note with concern your demand that Mr. Goldstein produce "*all* BankInvestor.com posts to which Mr. Goldstein has access, *regardless of author*, recipient, *or subject matter*, dating back to January 1, 2012." (Emphasis added.) This is an unreasonable, unjustifiably overbroad, and wildly inappropriate request. You are asking Mr. Goldstein to do something that would expose him to criminal and civil liability. Our client will not assist you in making an end-run to secure the private data of others and so he will not be producing the requested materials.

Sincerely,

Todd Harrison

TODD HARRISON
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5727    **Mobile** +1 917 797 1728    **Email** tdharrison@mwe.com
Website | vCard | Twitter | LinkedIn

On Jun 24, 2025, at 4:21 PM, Scaduto, Frank <FScaduto@wiley.law> wrote:

**[ External Email ]**
Todd,

I'm following up on our call this afternoon.

First, unfortunately, we are not in a position to agree to a further extension of Mr. Goldstein's June 30 deadline to respond to the complaint. Mr. Goldstein has already received more than a month extension, we believe all defendants should remain on the same track, and our settlement offer has been with Mr. Goldstein for some time now.

Second, to reiterate our ask, we are seeking the production of all BankInvestor.com posts to which Mr. Goldstein has access, regardless of author, recipient, or subject matter, dating back to January 1, 2012. We recognize that this will necessarily include more than posts relating to the creation and maintenance of deposit accounts at mutual institutions. However, we believe that it is the easiest, simplest, and most efficient way to reach an enforceable settlement that will give your client a clean release and dismissal with prejudice.

We are fully committed to working with you to paper such a settlement before the June 30 deadline.

Happy to continue the conversation as your travel plans permit.

Best,

Frank


<image001.png>        Frank Scaduto
                      Attorney at Law
                      fscaduto@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.3479
Download V-Card | wiley.law

---

**From:** Harrison, Todd <Tdharrison@mwe.com>
**Sent:** Monday, June 23, 2025 4:34 PM
**To:** Scaduto, Frank <FScaduto@wiley.law>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Wyant, Isaac <IWyant@wiley.law>; Atta-Krah, Kenton <katta-krah@mwe.com>
**Subject:** Re: FRE 408 Settlement Communication

**External Email**

---

That works. Thanks.

TODD HARRISON
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5727    **Mobile** +1 917 797 1728    **Email** tdharrison@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

> On Jun 23, 2025, at 4:22 PM, Scaduto, Frank <FScaduto@wiley.law> wrote:
>
> **[ External Email ]**
> Todd,
>
> I can do 2 pm tomorrow. If that works, we'll circulate an invite.
>
> Best,
>
> Frank
>
>
> <image001.png> Frank Scaduto
> Attorney at Law
> fscaduto@wiley.law
>
> Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
> o:  202.719.3479
> Download V-Card | wiley.law

**From:** Harrison, Todd <Tdharrison@mwe.com>
**Sent:** Monday, June 23, 2025 2:02 PM
**To:** Scaduto, Frank <FScaduto@wiley.law>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Wyant, Isaac <IWyant@wiley.law>; Atta-Krah, Kenton <katta-krah@mwe.com>
**Subject:** RE: FRE 408 Settlement Communication

**External Email**

---

Frank – I would like to have a 408 conversation with you tomorrow, if possible. Please let me know a time that works for you. Best for me is 9:30 – 10 am, then after 2 pm. Thanks, Todd

TODD HARRISON
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5727    **Mobile** +1 917 797 1728    **Email** tdharrison@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

4

---

**From:** Scaduto, Frank <FScaduto@wiley.law>
**Sent:** Thursday, June 12, 2025 12:04 PM
**To:** Harrison, Todd <Tdharrison@mwe.com>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Wyant, Isaac <IWyant@wiley.law>
**Subject:** RE: FRE 408 Settlement Communication

**[ External Email ]**

Todd,

Following up on our call, here are the BankInvestor posts we discussed.

Best,

Frank

<image001.png>  Frank Scaduto
Attorney at Law
fscaduto@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.3479
Download V-Card | wiley.law

---

**From:** Harrison, Todd <Tdharrison@mwe.com>
**Sent:** Tuesday, June 3, 2025 3:10 PM
**To:** Scaduto, Frank <FScaduto@wiley.law>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Wyant, Isaac <IWyant@wiley.law>
**Subject:** RE: FRE 408 Settlement Communication

**External Email**

---

I can do Thursday from 10-10:30. Will send an invite. Thanks, Todd

TODD HARRISON
Partner

**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5727    **Mobile** +1 917 797 1728    **Email** tdharrison@mwe.com
Website | vCard | Twitter | LinkedIn

---

**From:** Scaduto, Frank <FScaduto@wiley.law>
**Sent:** Tuesday, June 3, 2025 2:55 PM
**To:** Harrison, Todd <Tdharrison@mwe.com>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Wyant, Isaac <IWyant@wiley.law>
**Subject:** RE: FRE 408 Settlement Communication

**[ External Email ]**

Todd,

I can't do Friday, but I could do Thursday from 9-11 or after 4.

Alternatively, if Friday is much better for you, my colleagues Steve Obermeier and Isaac Wyant would be available to speak with you then.

Best,

Frank

                Frank Scaduto
<image001.png>Attorney at Law
                [fscaduto@wiley.law](mailto:fscaduto@wiley.law)

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.3479
Download V-Card | wiley.law

---

**From:** Harrison, Todd <[Tdharrison@mwe.com](mailto:Tdharrison@mwe.com)>
**Sent:** Tuesday, June 3, 2025 2:37 PM
**To:** Scaduto, Frank <[FScaduto@wiley.law](mailto:FScaduto@wiley.law)>
**Subject:** RE: FRE 408 Settlement Communication

---

> **External Email**

---

Hi Frank – Please let me know if you are available to discuss later this week. Friday would be best for me. Thanks, Todd

TODD HARRISON
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5727    **Mobile** +1 917 797 1728    **Email** tdharrison@mwe.com
**Website | vCard | Twitter | LinkedIn**

---

**From:** Louis LaRocca <[larocca@gotham.com](mailto:larocca@gotham.com)>
**Sent:** Thursday, May 29, 2025 6:07 PM
**To:** Scaduto, Frank <[FScaduto@wiley.law](mailto:FScaduto@wiley.law)>
**Cc:** Harrison, Todd <[Tdharrison@mwe.com](mailto:Tdharrison@mwe.com)>; Mark Goldstein <[mark_goldstein@icloud.com](mailto:mark_goldstein@icloud.com)>
**Subject:** RE: FRE 408 Settlement Communication

**[ External Email ]**
Hi Frank,
Mark has retained Todd Harrison at McDermott to represent him going forward.  Both Mark and Todd are copied here.

All the best,
Lou

---

**From:** Louis LaRocca
**Sent:** Thursday, May 29, 2025 4:01 PM
**To:** 'Scaduto, Frank' <[FScaduto@wiley.law](mailto:FScaduto@wiley.law)>
**Subject:** RE: FRE 408 Settlement Communication

Thanks Frank, I appreciate that. I will speak with my client and get back to you soon.

All the best,
Lou

**From:** Scaduto, Frank <[FScaduto@wiley.law](mailto:FScaduto@wiley.law)>
**Sent:** Thursday, May 29, 2025 3:50 PM
**To:** Louis LaRocca <[larocca@gotham.com](mailto:larocca@gotham.com)>
**Subject:** FRE 408 Settlement Communication

Lou,

I thought it might be helpful to memorialize the settlement proposal I conveyed by phone yesterday. We are willing to voluntarily dismiss Mr. Goldstein from the case with prejudice and mutual releases in exchange for collection of the BankInvestor posts to which he has access, subject to the following terms. This agreement is contingent upon confirmation of Mr. Goldstein's BankInvestor access to the general message board and his own private groups, both going back at least 10 years, without any indication of significant deletion. To accomplish such confirmation, we propose a short virtual meeting with you and Mr. Goldstein where he could screen share to show us the scope of what he has access to on the BankInvestor site. We would agree not to take notes, pictures, or otherwise transcribe any information displayed during the screen share session; the purpose is simply to confirm that he has the aforementioned access before proceeding to grant him full dismissal and release. In the event our screen share session does not confirm the aforementioned access, Mr. Goldstein would not be dismissed from the case.

Let me know if you have any questions.

Best,

Frank

          Frank Scaduto
<image001.png>Attorney at Law
          [fscaduto@wiley.law](mailto:fscaduto@wiley.law)

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.3479
Download V-Card | wiley.law

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.

The information contained in this electronic mail message, including any attachments, is intended only for the personal and confidential use of the

designated recipient(s) named above. In addition, this message may contain confidential, proprietary or legally privileged information and is intended only for the use of such recipient(s). No confidentiality or privilege is waived or lost by any mistransmission. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message and any attachments. Additionally, this electronic communication and its attachments have been prepared or distributed solely for information purposes and is not a solicitation or an offer to buy any security or investment offered by Gotham Asset Management, LLC or its affiliates ("Gotham"). E-mail transmission cannot be guaranteed to be secure or error-free. Gotham is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.