# EXHIBIT D

| | |
|---|---|
| **From:** | Scaduto, Frank |
| **To:** | Atta-Krah, Kenton; Joseph Froehlich |
| **Cc:** | Harrison, Todd; Griffith, Greer; Obermeier, Stephen; Hauser, Corey; Wyant, Isaac |
| **Subject:** | RE: Spencer Savings Bank, SLA v. BNK Invest, Inc., 25-3877 (DNJ) |
| **Date:** | Wednesday, July 16, 2025 7:10:29 PM |
| **Attachments:** | image001.png |

**[ External Email ]**

Counsel:

We consent to service by email. Please be aware that we intend to amend the complaint as of right on Monday, July 21, and will provide a response to your letter thereafter.

Best,

Frank



Frank Scaduto
Attorney at Law
fscaduto@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.3479

Download V-Card | wiley.law

**From:** Atta-Krah, Kenton <katta-krah@mwe.com>
**Sent:** Wednesday, July 16, 2025 11:16 AM
**To:** Scaduto, Frank <FScaduto@wiley.law>; Joseph Froehlich <joseph.froehlich@troutman.com>
**Cc:** Harrison, Todd <Tdharrison@mwe.com>; Griffith, Greer <Ggriffith@mwe.com>
**Subject:** Spencer Savings Bank, SLA v. BNK Invest, Inc., 25-3877 (DNJ)

**External Email**

Good morning, Counsel,

In accordance with Fed. R. Civ. P. 11(c)(2), further to our communications on June 6, June 24, and June 27, and further to our Motion to Dismiss filed on June 30, 2025, please find enclosed a draft of Defendant Mark A. Goldstein's motion for sanctions. Please be advised accordingly.

Pursuant to Local Rule 5.1 and Fed. R. Civ. P. 5(b), please advise whether you consent to service by e-mail.

Thank you,

Kenton

KENTON ATTA-KRAH

Associate
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5739     **Email** kattakrah@mwe.com
**Website** | **vCard** | **LinkedIn**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.
CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.