# EXHIBIT F

**PREPARED BY THE COURT**

| | |
|---|---|
| PHILIP A. VASTA, CATHERINE A. HIGGINS, JOHN H. MERREY, M.D., RICHARD J. LASHLEY, FREDERICK OZDOBA and FRANCESCA OZDOBA, his wife, ROBERT MITCHELL, HOWARD KENT, ANDREW FISH, IRA CAMHI and LAWRENCE SEIDMAN, <br><br>                                 Plaintiff, <br><br> v. <br><br> SPENCER SAVINGS BANK, SLA, JOSE B. GUERRERO, PETER J. HAYES, THOMAS DUCH, ADA MELENDEZ, MCGUINESS, THOMAS LORUSSO and BARRY MINKIN, <br><br>                                 Defendant. | SUPERIOR COURT OF NEW JERSEY PASSAIC COUNTY: CHANCERY DIVISION- GENERAL EQUITY <br><br> Docket No.:  PAS-C-108-21 <br><br> CIVIL ACTION <br><br> **ORDER WITH RESTRAINTS** |

**THIS MATTER**, having come before the Court by way of Plaintiffs' Verified Complaint and Order to Show Cause seeking preliminary injunctive relief, and the parties having appeared through counsel on December 6, 2021 and December 16, 2021 for oral argument, and for good cause shown:

**IT IS** on this  16th  day of   DECEMBER, 2021

**ORDERED**, for the reasons set forth on the record at oral argument on the date hereof the Plaintiffs' request for preliminary injunctive relief is granted to permit the restoration of the status quo for Spencer members/account holders as follows:

1. Defendant Spencer shall immediately reinstate the plaintiffs' closed accounts retroactively to the date the accounts were closed upon repayment of the amounts

paid by Spencer to Close the accounts, such that they will be permitted to vote in the upcoming 2022 board elections; and

2. Defendant Spencer shall provide the plaintiffs with a certification from an officer of the bank that the accounts have been reinstated, and that voting rights have been restored; and

3. Defendant Spencer shall offer to retroactively reinstate all accounts (for non-plaintiffs) that were closed in 2021 based upon violation of the Spencer's New Jersey residency/employment policy, and shall reinstate the accounts upon the request of the member/account holder and repayment of all sums paid by Spencer upon closing the accounts under the following conditions:

    a. No later than Monday, December 20, 2021, Defendant Spencer shall transmit a copy of this order via overnight mail to all account holders whose accounts were closed, offering to reinstate the accounts retroactively; and

    b. The mailing described in paragraph "a" above shall include an addressed return envelope together with a form that requests the retroactive reinstatement of the closed accounts of depositor/member and instructs the depositor/member to return the form with a check in the total amount paid by Spencer upon closing the account; and

    c. The mailing described in paragraph "a" above shall include a statement that upon submission of the check and request to reopen the account, voting rights of depositors/members would be restored to enable them to vote in the upcoming 2022 board election; and

    d. The deadline to request the accounts be reinstated shall be January 15, 2022; and

2

    e.    The return address for the request to reinstate shall be a street address to allow for delivery via overnight courier if the depositor/member so chooses; and

    f.    Defendant Spencer shall, immediately following the mailing, provide to the plaintiffs a certification of a bank officer to verify that this mailing has occurred, together with a copy of a specimen of the materials sent to the depositors/members; and

4. Defendant Spencer is enjoined from closing any of these reinstated accounts without the consent of the depositor/member until further order of this court; and

5. Defendants' request for a bond to be posted by Plaintiffs is denied; and

6. Defendants' request for a stay pending interlocutory appeal is denied; and

7. Plaintiffs' request for counsel fees is denied without prejudice and may be resubmitted at the conclusion of the case; and

8. A case management conference is scheduled before Judge Covello on February 1, 2022 at 4:00 P.M. via Zoom Virtual Courtroom; and

9. A copy of this Order shall be served upon all parties within 7 days of the date hereof.

_____
HON. FRANK COVELLO, J.S.C.