UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A.,<br><br>        Plaintiff,<br><br>    v.<br><br>BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, BONNIE S. GRAYSON, and CHAYA M. EISENBACH,<br><br>        Defendants. | **Civil Action**<br><br>Docket No. 2:25-cv-03877-MEF-JRA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARK A. GOLDSTEIN'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11** |

THIS MATTER having been brought before the Court by McDermott Will & Schulte LLP, counsel for Defendant Mark A. Goldstein ("Mr. Goldstein"), for an Order granting Mr. Goldstein's Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure (Doc. No. 79); and the Court having considered the moving papers and any opposition thereto; and the Court having considered the arguments of counsel; and for the reasons set forth on the record; and for other good cause being shown;

IT IS on this __ day of _____, 2025;

    **ORDERED** that:

    1)    Count II of the Amended Complaint (Doc. No. 60) is dismissed with prejudice as to Mr. Goldstein.

    2)    Plaintiff must pay Mr. Goldstein's reasonable attorneys' fees and expenses incurred as a result of Count II, including the preparation of the motions at Doc. Nos. 47 and 71.

3)   Mr. Goldstein must submit and serve an Affidavit of Costs and Fees for the amount claimed in connection with the defense of this matter within fourteen (14) days of the date of this Order. Plaintiff shall have seven (7) days thereafter to submit opposition, if any, to the amount sought by Mr. Goldstein. This Court shall then determine the reasonable amount of costs and fees without further hearing.

_____

HON. JOSE R. ALMONTE
UNITED STATES MAGISTRATE JUDGE