# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A., <br><br>    Plaintiff, <br><br> v. <br><br> BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, BONNIE S. GRAYSON AND CHAYA M. EISENBACH, <br><br>    Defendants. | **Docket No. 2:25-cv-03877-MEF-JRA** <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on August 26, 2025, I caused to be served a true and correct copy of Defendant Mark A. Goldstein's Motion for Sanctions Under Fed. R. Civ. P. 11 and all supporting papers upon all parties through ECF.

Dated: August 26, 2025  
New York, NY

By: */s/ Jessica Greer Griffith*  
Jessica Greer Griffith (NJ Bar No. 126432014)  
Todd Harrison (admitted *pro hac vice*)  
Kenton Atta-Krah (admitted *pro hac vice*)  
McDermott Will & Schulte LLP  
One Vanderbilt Avenue  
New York, New York  10017-3852  
Telephone:  +1 212 547 5400  
Facsimile:   +1 212 547 5444  
Email: ggriffith@mwe.com  
Email: tharrison@mwe.com  
Email: katta-krah@mwe.com  

*Attorneys for Defendant Mark A. Goldstein*