Troutman Pepper Locke LLP
305 Church at N. Hills Street, Suite 1200
Raleigh, NC 27609

troutman.com

**troutman¹
pepper locke**

**Joseph N. Froehlich**
D 919.578.6337
F 919.835.4101
joseph.froehlich@troutman.com

SO ORDERED.

Hon. José R. Almonte, U.S.M.J.
Date: October 8, 2025

October 7, 2025

**BY EFILE**

The Honorable Jose R. Almonte, U.S.M.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg US Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re:    Spencer Savings Bank, S.L.A v. Robert Sepersky, et al.,
Case No.: 2:25-cv-03877-MEF-JRA
<u>Notice of Corrected Brief in Opposition and Request for Extension to Motion to
Dismiss Briefing Schedule</u>**

Dear Judge Almonte:

My firm represents plaintiff Spencer Savings Bank, S.L.A. ("Spencer") in the above-referenced case. On Monday, September 29, 2025, Spencer filed four oppositions to Defendants' motions to dismiss. *See* ECF Nos. 88–91.

We discovered a clerical issue with respect to the Opposition to Defendant Lawrence Seidman's Motion to Dismiss, ECF No. 88. In the course of preparing the final versions of Spencer's four separate oppositions, counsel inadvertently transferred "issue preclusion" headings, references, and an introductory paragraph from another brief. This clerical error did not affect the substance of Spencer's argument about why Defendant Seidman's claim preclusion defense does not apply. Accordingly, we respectfully request that the Court accept the corrected brief attached to this letter. Except for corrections to address the issue identified above, the corrected brief is identical to the one filed on September 29.

Defendant Seidman consents to the filing of this corrected brief. Spencer and Defendant Seidman also jointly request an extension of Defendant Seidman's time to reply to the opposition to **<u>November 6, 2025</u>**. This eight-day extension from the current deadline is the difference in time between the filing of Spencer's original and corrected opposition. The Motion Day for Defendant Seidman's Motion to Dismiss, ECF No. 67, should remain as November 17, 2025.

**BY EFILE**

**The Honorable Jose R. Almonte, U.S.M.J.**
October 7, 2025
Page 2

---

We appreciate the Court's consideration of these requests.

Respectfully submitted,

s/ *Joseph N. Froehlich*
Joseph N. Froehlich

cc:     All Counsel of Record (by ECF and email)