# CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

---

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

October 29, 2025

Honorable Jose R. Almonte, U.S.M.J.
Martin Luther King, Jr.,
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  **Re: Spencer Savings Bank, S.L.A. v. Robert Sepersky, et al.**
    **Case No. 2:25-cv-03877 (MEF) (JRA)**

    **The Sepersky Defendants' Request for a One Week Extension of Their Reply Brief Filing Deadline**

Dear Judge Almonte:

  The Sepersky Defendants' deadline to file their motion to dismiss reply brief is today, October 29, 2025. However, as a result of emergent matters this week and conflicts, I am unable to complete their brief today.

  Therefore, I respectfully request the Sepersky Defendants' deadline be extended one week to November 5, 2025. Plaintiff's counsel, Isaac J. Wyant, Esq., consents to this extension request.

  Thank you in advance for your anticipated cooperation.

       Respectfully yours,

       CARELLA, BYRNE, CECCHI,
       OLSTEIN, BRODY & AGNELLO, P.C.

       */s/ Jan Alan Brody*

       JAN ALAN BRODY

JAB:mel

October 29, 2025
Page 2

Via ECF
cc:    Isaac J. Wyant, Esq. (via ECF and email)
        All counsel of record (via ECF)

#890157