**Troutman Pepper Locke LLP**
Joseph N. Froehlich
305 Church at North Hills Street
Suite 1200
Raleigh, NC 27609
(919) 578-6337
*Attorneys for Plaintiff Spencer Savings Bank, S.L.A.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPENCER SAVINGS BANK, S.L.A., | Civil Action No. 2:25-CV-3877-MEF-JRA |
| Plaintiff, | |
| v. | Electronically Filed |
| BNK INVEST, INC., ROBERT SEPERSKY, JONATHAN GOLDMAN, RONALD RAGANELLA, ROBERT MITCHELL, WILLIAM R. DOSSENBACH, JORDAN FARKAS, HARVEY SCHAFFLER, LEVI C. PUREC, TIMOTHY J. KLACE, KENNETH METVINER, LAWRENCE SEIDMAN, BRAD D. BUTLER, RICHARD J. LASHLEY, JOHN H. MEREY, LEO M. GOLDNER, MARK A. GOLDSTEIN, MICHAEL D. ABNERI, BONNIE S. GRAYSON, and CHAYA M. EISENBACH, | |
| Defendants. | |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 102.1 of the United States District Court for the District of New Jersey, please take notice that Isaac J. Wyant hereby withdraws as *pro hac vice* counsel of record for Plaintiff Spencer Savings Bank, S.L.A. ("Spencer") in the above-captioned case. Troutman Pepper Locke LLP and Wiley Rein LLP will continue to represent Spencer. No trial date has been set.

2

Dated: March 18, 2026                                TROUTMAN PEPPER LOCKE LLP


                                                     */s/ Joseph N. Froehlich*
                                                     Joseph N. Froehlich
                                                     305 Church at North Hills Street
                                                     Suite 1200
                                                     Raleigh, NC 27609
                                                     (919) 578-6337
                                                     joseph.froehlich@troutman.com


OF COUNSEL:

Stephen J. Obermeier (*pro hac vice*)
Frank Scaduto (*pro hac vice*)
**Wiley Rein LLP**
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
sobermeier@wiley.law
fscaduto@wiley.law

*Attorneys for Plaintiff Spencer Savings Bank, S.L.A.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all Counsel of Record.

*/s/ Joseph N. Froehlich*

Joseph N. Froehlich
TROUTMAN PEPPER LOCKE LLP