**troutman**
**pepper locke**

Troutman Pepper Locke LLP
305 Church at N. Hills Street, Suite 1200
Raleigh, NC 27609

troutman.com

---

**Joseph N. Froehlich**
D 919.578.6337
F 919.835.4101
joseph.froehlich@troutman.com

April 3, 2026

**BY EFILE**

The Honorable Jose R. Almonte, U.S.M.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg US Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07102

> **Re:    Spencer Savings Bank, S.L.A v. Robert Sepersky, et al.,**
> **Case No.: 2:25-cv-03877-MEF-JRA**

Dear Judge Almonte:

We represent plaintiff Spencer Savings Bank, S.L.A. ("Spencer") in this matter.  We write with the consent of all parties to respectfully request a one-week extension of the deadlines in Your Honor's Text Order dated April 2, 2026 (ECF No. 111).  Specifically, the parties request that the deadline to meet and confer on a briefing schedule be extended to April 14, 2026 and the deadline to submit such a proposal to Your Honor be extended until April 16, 2026.  The parties request this extension in light of the Passover and Easter holidays.

Please contact us if you have any questions.

Respectfully submitted,

s/ *Joseph N. Froehlich*
Joseph N. Froehlich

cc:    All Counsel of Record (by ECF)

SO ORDERED.

Hon. Jose R. Almonte, U.S.M.J.
Date: April 6, 2026