**CARELLA BYRNE
CECCHI BRODY
AGNELLO, P.C.**

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | GRANT Y. LEE*** |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | MAYBOL HALL |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | WILLIAM J. MANORY |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | PATRICK J. DOHERTY |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

April 29, 2026

Honorable Jose R. Almonte, U.S.M.J.
Martin Luther King, Jr.,
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:    Spencer Savings Bank, S.L.A. v. Robert Sepersky, et al.**
> **Case No. 2:25-cv-03877 (MEF) (JRA)**
>
> **Defendant Lawrence B. Seidman, Defendant Mark A. Goldstein and the Sepersky Defendants' Joint Letter in Opposition to Plaintiff's Notice That it Intends to File a Motion for Leave to File a Third Amended Complaint Notwithstanding Your Honor's Denial of its Prior Request**

Dear Judge Almonte:

On behalf of our clients, Defendant Lawrence B. Seidman, Defendant Mark A. Goldstein, and the Sepersky Defendants, Mr. Bray, Mr. Harrison and I jointly object to the letter notice Mr. Froehlich filed at 5:34 p.m. yesterday advising Your Honor that, notwithstanding Judge Fabiarz's March 30, 2026 Text Order at ECF 10 that the parties shall submit supplemental briefing on the "interest" issue discussed in his Opinion and Order at ECF 109 on a schedule to be set by Your Honor and Your Honor's rejection of Plaintiff's subsequent request at ECF 114 that it be granted leave now to file a third amended complaint, which all Defendants opposed, and deferral of your decision on the briefing schedule for the "interest" issue until after the May 29, 2026 in-person settlement conference should the matter fail to settle as set forth in Your Honor's Text Order at ECF 115, Plaintiff "intends to proceed with the filing of its motion for leave to amend by April 30, 2026, unless the Court directs otherwise." ECF 116.

In other words, Plaintiff intends to <u>defy</u> these Orders unless Your Honor affirmatively acts to stop it within the time frame Mr. Froehlich allotted to you to react.

Such chutzpah should not be countenanced, and sanctions should be considered.

April 29, 2026
Page  2

Respectfully yours,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

*/s/ Jan Alan Brody*

JAN ALAN BRODY

JAB:mel
Via ECF
cc:      All counsel of record (via ECF and email)