# KAUFMAN DOLOWICH LLP

### Attorneys at Law

**Kaufman Dolowich LLP**
25 Main Street, Suite 500
Hackensack, New Jersey 07601

Telephone: 201.488.6655
Facsimile: 201.488.6652

KaufmanDolowich.com

*Iram P. Valentin, Esq.*
*Partner*

*Certified by the Supreme Court*
*of New Jersey as a Civil Trial Attorney*

*Direct Email: ivalentin@kdvlaw.com*
*Direct Dial: 201-708-8233*

May 15, 2026

**VIA ECF**
The Honorable Jose R. Almonte, U.S.M.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg US Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07102

> **Re:** *Spencer Savings Bank, S.L.A., et al. v. BNK Invest, et al.*
> **Civil Action No. 2:25-cv-3877**

Dear Judge Almonte:

We represent Defendant BNK Invest ("BNK"). The principals of BNK reside and are currently located in California. There is a settlement conference currently scheduled for June 16, 2026. Accordingly, we respectfully request permission for our clients to appear virtually.

Due to the significant geographic distance, associated travel burden, and expense, in-person attendance would impose a logistical and financial hardship on our client representatives. Virtual appearance would not prejudice any party and would allow the settlement conference to proceed efficiently and effectively. Counsel will appear in person as required.

We appreciate the Court's consideration of this request and will comply with any procedures or requirements the Court may impose.

Respectfully submitted,
**Kaufman Dolowich LLP**

By: _____
Iram P. Valentin, Esq.
Kaitlin R. Principato, Esq.

cc:    All Counsel of Record (ECF)

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago