CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

September 16, 2026

Honorable Michael E. Fabiarz, U.S.D.J
Martin Luther King, Jr.,
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Spencer Savings Bank, S.L.A. v. Robert Sepersky, et al.**
**Case No. 2:25-cv-03877 (MEF) (JRA)**

**The Sepersky Defendants' Response to Plaintiff's Notice of Supplemental Authority**

Dear Judge Fabiarz:

This letter shall constitute the Sepersky Defendants' Response to Plaintiff's Notice of Supplemental Authority attaching the interlocutory opinion of the trial court in *Vasta v. Spencer Savings Bank, S.L.A.*, which is currently subject to the *Vasta* plaintiffs' motion for reconsideration. Plaintiff asserts that the decision is "supplemental authority in this action because it bears on the issue of whether [Plaintiff] suffered RICO injury", ECF 139, p. 2, *i.e.*, Plaintiff "upheld its benefit of the bargain, but Defendants did not." *Id.*, p. 3.

However, the express issue currently before this Court is whether Plaintiff "plausibly alleged a RICO injury based on the interest payments made to depositors," ECF 109, p. 16, not whether it suffered a "benefit of the bargain" injury which, parenthetically, neither such injury nor a concrete financial loss therefrom is alleged in the amended complaint.

Therefore, the Sepersky Defendants respectfully request that this Court disregard Plaintiff's Notice.

Respectfully yours,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

*/s/ Jan Alan Brody*

JAN ALAN BRODY

JAB:mel
Via ECF
cc: All counsel of record (via ECF)

#4915-6503-9565